UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

GABINO OLARRA RAYA,

Petitioner,

v.

PAMELA BONDI *et al.*,

Respondents.

CAUSE NO. 3:26cv387 DRL-SJF

## ORDER

Immigration detainee Gabino Olarra Raya, by counsel, was granted until April 14, 2026 to file an amended habeas petition correcting a problem with his original petition. He was cautioned that if he did not respond by the deadline, the case was subject to dismissal without further notice for lack of prosecution. The deadline has passed. He did not file an amended petition or otherwise respond.

For these reasons, this action is DISMISSED WITHOUT PREJUDICE for lack of prosecution. The clerk is DIRECTED to close the case.

SO ORDERED.

April 20, 2026

*s/ Damon R. Leichty*
Judge, United States District Court